UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER EARL HAWKINS, | No. C 07-1222 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN GRADSAERT; et al., | |
| Respondents. | |

This action is dismissed without prejudice to petitioner filing a new action after he exhausts his state court remedies.

IT IS SO ORDERED AND ADJUDGED

DATED: June 21, 2007

SUSAN ILLSTON
United States District Judge